AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jack, Janis G | U. S. District Court | 04/14/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date <br> ☐ Initial   ☒ Annual   ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 <br> to <br> 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1133 N. Shoreline Blvd. <br> Room 321 <br> Corpus Christi, TX 78401 | Reviewing Officer_____ ___ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 11 PM 2: 25

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 04/14/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[ ]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Medical Practice |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]    NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 04/14/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. ▓▓▓▓▓ MEDICAL TOWER | CONTINGENT LIABILITY-GUARANTOR | M |
| 2. AMERICAN BANK | PERSONAL LOAN | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 04/14/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FROST NATL. BANK | A | Interest | J | T | | | | | |
| 2. NAVY FEDERAL CREDIT UNION | A | Interest | L | T | | | | | |
| 3. PROSPERITY BANK formerly First Capital Bank | A | Interest | K | T | | | | | |
| 4. 2.587497% PARTNER, MEDICAL PLAZA ASSOC. P/S | E | Rent | J | W | | | | | |
| 5. ▬▬▬▬▬▬ PROFIT SHARING PLAN | | | | | | | | | |
| 6. SHORT TERM PRIME-I | D | Dividend | O | T | | | | | |
| 7. DELL COMPUTER CORP COMMON STOCK | | None | | | SELL | 4/18 | K | | |
| 8. INTEL CORP COMMON STOCK | A | Dividend | | | SELL | 4/18 | J | | |
| 9. MICROSOFT CORP WASHINGTON COMMON STOCK | A | Dividend | K | T | | | | | |
| 10. NASDAQ COMMON STOCK | | None | | | SELL | 4/18 | K | | |
| 11. S & P 500 DEPOSITARY RECEIPT SER 1 | A | Dividend | | | SELL | 4/18 | J | | |
| 12. DAVIS NY VENTURE FUND CLASS A | B | Interest | | | SELL | 4/18 | M | | |
| 13. MFS MASSACHUSETTS INV GROWTH STOCK A | A | Dividend | | | SELL | 4/18 | M | | |
| 14. ING INTL SMALL CAP GROWTH FUND - CL A | | None | | | SELL | 4/18 | K | | |
| 15. SELIGMAN COMMUNICATIONS & INFO FD A | | None | | | SELL | 4/18 | K | | |
| 16. QUALCOMM INC COMMON STOCK | A | Dividend | | | SELL | 4/18 | J | | |
| 17. TAIWAN SEMICONDUCTOR MFG CO. LTD | | None | | | SELL | 4/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,000 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 04/14/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FIRST NATL BK AMER EAST CERTIFICATE OF DEPOSIT | C | Interest | | | REDEMPTION | 6/21 | L | | |
| 19. PIMCO TOTAL RETURN FUND - A | A | Dividend | J | T | | | | | |
| 20. US SVGS BDS SER I | A | Interest | K | T | | | | | |
| 21. BB&T CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 22. KRISPY KREME DOUGHNUTS COMMON STOCK | | None | J | T | | | | | |
| 23. CENTURY BK BARTOW CNT CD | A | Interest | | | REDEMPTION | 3/10 | L | | |
| 24. DISCOVER BK GREENWOOD CD | B | Interest | L | T | | | | | |
| 25. FIRST CHARTER BK CHARL CD | B | Interest | | | REDEMPTION | 6/23 | L | | |
| 26. FIRST BANK PR CD | B | Interest | L | T | | | | | |
| 27. ORION BK NAPLES FLA CD | B | Interest | L | T | | | | | |
| 28. RG PREMIER BK P R HA CD | B | Interest | L | T | | | | | |
| 29. BEAL BK SSB DALLAS TEX | A | Interest | | | REDEMPTION | 1/19 | L | | |
| 30. CARDINAL BK NATL ASSN CD | B | Interest | | | REDEMPTION | 7/01 | L | | |
| 31. INDYMAC BK FSB PASA CD | A | Interest | | | REDEMPTION | 2/3 | L | | |
| 32. RIGGS BK MCLEAN VA CD | B | Interest | | | REDEMPTION | 6/23 | L | | |
| 33. TREASURY BK ALEXANDRI CC | A | Interest | | | REDEMPTION | 4/08 | L | | |
| 34. US SVGS BDS SER I | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 04/14/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. UNITED CMNTY BKS BLAIR CD | A | Interest | | | REDEMPTION | 1/28 | K | | |
| 36. ALLTELL CORP COMMON STOCK | B | Dividend | L | T | BUY | 7/28 | L | | |
| 37. AMERIPRISE FINL INC. COMMON STOCK | A | Dividend | K | T | BUY | 10/6 | K | | |
| 38. AMERISTAR CASINOS COMMON STOCK | A | Dividend | J | T | BUY | 8/8 | J | | |
| 39. AUTOMATIC DATA PROCESSING COMMON STOCK | A | Dividend | K | T | BUY | 7/28 | K | | |
| 40. AVATAR HOLDINGS INC. COMMON STOCK | | None | J | T | BUY | 8/25 | J | | |
| 41. AZTAR CORP COMMON STOCK | | None | K | T | BUY | 7/29 | K | | |
| 42. BEAR STEARNS COMPANIES INC.COMMON STOCK | A | Dividend | K | T | BUY | 7/29 | K | | |
| 43. BELO CORP COMMON STOCK | A | Dividend | J | T | BUY | 9/23 | J | | |
| 44. BOYD GAMING COMMON STOCK | A | Dividend | K | T | BUY | 8/8 | K | | |
| 45. BROOKLINE BANCORP INC. COMMON STOCK | A | Dividend | J | T | BUY | 8/8 | J | | |
| 46. CHITTENDEN CORP COMMON STOCK | A | Dividend | J | T | BUY | 9/12 | J | | |
| 47. COMPUTER ASSOC. INTL COMMON STOCK | A | Dividend | L | T | BUY | 7/28 | L | | |
| 48. DISCOVERY HOLDING CO. CLASS A STOCK | | None | J | T | BUY | 8/11 | J | | |
| 49. EASTMAN KODAK CO. COMMON STOCK | A | Dividend | K | T | BUY | 7/28 | K | | |
| 50. FEDERATED DEPT STORES INC. COMMONSTOCK | A | Dividend | K | T | BUY | 7/28 | K | | |
| 51. FIDELITY BANKSHARES INC NEW COMMON STOCK | A | Dividend | J | T | BUY | 11/1 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 04/14/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FIRSTFED FINCL CORP COMMON STOCK | | None | J | T | BUY | 9/21 | J | | |
| 53. FOREST CITY ENTERPRISES INC. CL A STOCK | A | Dividend | J | T | BUY | 9/02 | J | | ' |
| 54. GANNETT CO. INC. COMMON STOCK | A | Dividend | K | T | BUY | 7/28 | K | | |
| 55. GLACIER BANCORP COMMON STOCK | A | Dividend | J | T | BUY | 8/1 | J | | |
| 56. HCA INC. COMMON STOCK | A | Dividend | K | T | BUY | 8/4 | K | | |
| 57. HARRAH'S ENTERTAINMENT INC. COMMON STOCK | B | Dividend | L | T | BUY | 8/12 | L | | |
| 58. HEARST-ARGYLE TELEVISION COMMON STOCK | A | Dividend | K | T | BUY | 7/28 | K | | |
| 59. HEWLETT PACKARD CO. COMMON STOCK | A | Dividend | K | T | BUY | 7/28 | K | | |
| 60. INDEPENDENCE COMMUNITY BANK COMMON STOCK | A | Dividend | K | T | BUY | 7/28 | K | | |
| 61. INTERNATIONAL GAME TECHNOLOGY COMMON STOCK | A | Dividend | K | T | BUY | 10/10 | K | | |
| 62. LA QUINTA CORP COMMON STOCK | A | Dividend | K | T | BUY | 8/29 | J | | |
| 63. LEE ENTERPRISES COMMON STOCK | A | Dividend | J | T | BUY | 8/9 | J | | |
| 64. MGM MIRAGE INC. COMMON STOCK | | None | K | T | BUY | 7/29 | K | | |
| 65. MARCUS CORP COMMON STOCK | A | Dividend | J | T | BUY | 7/29 | J | | |
| 66. McCLATCHY CO. CL A STOCK | A | Dividend | K | T | BUY | 8/3 | K | | |
| 67. MERCANTILE BANKSHARES CORP COMMON STOCK | A | Dividend | J | T | BUY | 9/6 | J | | |
| 68. NEW YORK TIMES CO. CL A STOCK | A | Dividend | J | T | BUY | 8/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | ● =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 04/14/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. NOVELLUS SYSTEMS INC. COMMON STOCK | | None | J | T | BUY | 10/19 | J | | |
| 70. PROVIDENT NEW YORK BANCORP COMMON STOCK | A | Dividend | J | T | BUY | 8/12 | J | | |
| 71. RSA SECURITY COMMON STOCK | | None | J | T | BUY | 8/17 | J | | |
| 72. REYNOLDS & REYNOLDS CO. CL A STOCK | A | Dividend | J | T | BUY | 11/2 | J | | |
| 73. STERLING FINANCIAL CORP COMMON STOCK | A | Dividend | J | T | BUY | 8/1 | J | | |
| 74. SYMANTEC CORP COMMON STOCK | | None | K | T | BUY | 12/22 | K | | |
| 75. TD BANKNORTH INC. COMMON STOCK | A | Dividend | K | T | BUY | 7/28 | K | | |
| 76. UNIVERSAL HEALTH SERVICES CLASS B STOCK | | None | J | T | BUY | 8/4 | K | | |
| 77. VERISIGN INC. COMMON STOCK | | None | J | T | BUY | 9/16 | J | | |
| 78. WEBSTER FINANCIAL CORP COMMON STOCK | A | Dividend | J | T | BUY | 9/14 | J | | |
| 79. PUTNAM US GOVT INC TR IRA FROST BROKERAGE SVCS | | | | | | | | | |
| 80. PERSHING GOVT ACCT | | None | | | REDEMPTION | 1/4 | J | | |
| 81. PUTNAM INTL GROWTH FD CL A | A | Dividend | J | T | | | | | |
| 82. PUTNAM INTL GROWTH FD B | B | Dividend | L | T | | | | | |
| 83. PUTNAM US GOVT INC TR IRA - FROST BROKERAGE SVCS | | | | | | | | | |
| 84. PERSHING GOVT ACCT | | None | | | REDEMPTION | 1/4 | J | | |
| 85. PUTNAM INTL GROWTH FD CL A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 04/14/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>`Place "(X)" after each asset exempt from prior disclosure` | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. PUTNAM INTL GROWTH FD B | A | Dividend | K | T | | | | | |
| 87. CASH VALUE OF LIFE INSURANCE: | | | | | | | | | |
| 88. MUTUAL OF NEW YORK | A | Interest | K | T | | | | | |
| 89. MASSACHUSETTS MUTUAL | A | Dividend | J | T | | | | | |
| 90. LINCOLN NATL LIFE INS CO | A | Dividend | J | W | | | | | |
| 91. LINCOLN NATL LIFE INS CO | A | Dividend | J | W | | | | | |
| 92. FROST NATL BANK | A | Interest | K | T | | | | | |
| 93. AMERICAN BANK | A | Interest | J | T | | | | | |
| 94. AMERICAN BANK | A | Interest | J | T | | | | | |
| 95. AMERICAN BANK | A | Interest | J | T | | | | | |
| 96. AMERICAN BANK | A | Interest | J | T | | | | | |
| 97. PRIME CARE IPA | | None | J | T | | | | | |
| 98. 9.428562% Int███████ CARDIOVASCULAR IMAGING,L.P. | D | Distribution | J | T | | | | | |
| 99. 9.524%INT██ CARDIOVASCULAR IMAGING MGMT,L C | | None | J | T | | | | | |
| 100. NOTE RECEIVABLE - ██████████ | C | Interest | J | T | | | | | |
| 101. TRUST #1 | | | | | | | | | |
| 102. REAL ESTATE, CUMBERLAND | D | Rent | P1 | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 04/14/2006 |

## VII. INVESTMENTS and TRUSTS  — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| COUNTY, ME | | | | | | | | | |
| 103. VCSP/COLLEGE AMERICA - GROWTH FUND OF AMERICA | A | Dividend | K | T | | | | | |
| 104. VCSP/COLLEGE AMERICA INVESTMENT COMPANY OF AMERICA | A | Dividend | K | T | | | | | |
| 105. AMERICAN BANK | | None | J | T | | | | | |
| 106. FIRST NATL BANK | B | Interest | L | T | | | | | |
| 107. FIRST NATL BANK | A | Interest | J | T | OPENED | 1/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 04/14/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 04/14/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                     Date  4-14-06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544